IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MARIANO RENE GONZALEZ FALLA,

        Petitioner,

v.                               CIVIL ACTION NO.  3:26-cv-00172

LEONARD ODDO, et al.,

        Respondents.

### ORDER

On March 6, 2026, the court transferred this case to the United States District Court for the Western District of Pennsylvania, [ECF No. 13]. The court confirmed that a case has been opened in that district. [ECF No. 14]. Now Petitioner moves the court to reconsider its order granting the motion to transfer. [ECF No. 15]. For reasons appearing to the court, the motion, **[ECF No. 15]**, is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

                                      ENTER:      March 11, 2026

                                      JOSEPH R. GOODWIN
                                      UNITED STATES DISTRICT JUDGE